IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| ERIC A. SHARP, | ) |
| --- | --- |
| Petitioner, | ) |
| vs. | ) No. CIV-14-284-C |
| JANET DOWLING, et al., | ) |
| Respondents. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner filed the present action pursuant to 28 U.S.C. § 2254 challenging the constitutionality of his state court convictions. Pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B), the matter was referred to United States Magistrate Judge Shon T. Erwin who entered a Report and Recommendation ("R&R") on May 13, 2014, recommending the Petition be denied. Petitioner has timely objected.

The substantive facts and law are accurately set out in Judge Erwin's R&R and there is no purpose to be served in repeating them yet again. As Judge Erwin noted, Petitioner's request for habeas relief is clearly time barred and no grounds for equitable tolling exist. Accordingly, habeas relief is not warranted.

As set forth more fully herein, the Court adopts, in full, the Report and Recommendation of the Magistrate Judge (Dkt. No. 8). A separate judgment will issue.

IT IS SO ORDERED this 16th day of June, 2014.

ROBIN J. CAUTHRON
United States District Judge